1

District Judge James L. Robart

2

3

4

5

6

7                  UNITED STATES DISTRICT COURT FOR THE
                    WESTERN DISTRICT OF WASHINGTON
8                             AT SEATTLE

9

CAMILO ANDRES MUNOZ BRAVO,                  Case No. 2:25-cv-00587-JLR

10

                              Plaintiff,    STIPULATED MOTION TO DISMISS
11            v.                            AND [PROPOSED] ORDER

12    UNITED STATES CITIZENSHIP AND         Noted for Consideration:
      IMMIGRATION SERVICES, et al.,         May 7, 2025
13

                              Defendants.
14

15          Pursuant to Federal Rule of Civil Procedure 41(a), the parties stipulate to the dismissal of

16    this case without prejudice, with each party to bear their own fees and costs.  Plaintiff brought this

17    litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to

18    compel the U.S. Citizenship and Immigration Services ("USCIS") to adjudicate their Form I-485,

19    Application to Register Permanent Residence or Adjust Status. USCIS has adjudicated the

20    application, and this case is now moot.

21    //

22

23    //

24

STIPULATED MOTION TO DISMISS                              UNITED STATES ATTORNEY
[Case No. 2:25-cv-00587-JLR] - 1                          1201 PACIFIC AVE., STE. 700
                                                          TACOMA, WA 98402
                                                          (253) 428-3800

1    DATED this 7th day of May, 2025.

2    Respectfully submitted,

3    TEAL LUTHY MILLER
     Acting United States Attorney

4
     *s/ Michelle R. Lambert*                        *s/ Camilo Andres Munoz Bravo*
5    MICHELLE R. LAMBERT, NYS #4666657        CAMILO ANDRES MUNOZ BRAVO,
     Assistant United States Attorney              *Pro Se* Plaintiff
6    United States Attorney's Office               12451 Beacon Ave S
     Western District of Washington                Seattle, WA 98178
7    1201 Pacific Avenue, Suite 700                Phone: (415) 390-5838
     Tacoma, Washington 98402                      Email:  camilo2.2@outlook.com
8    Phone: (253) 428-3800
     Fax:    (253) 428-3826
9    Email:  michelle.lambert@usdoj.gov

10   *Attorneys for Defendants*

11   *I certify that this memorandum contains 78*
     *words, in compliance with the Local Civil Rules.*

12

13

14

15

16

17

18

19

20

21

22

23

24

STIPULATED MOTION TO DISMISS                          UNITED STATES ATTORNEY
[Case No. 2:25-cv-00587-JLR] - 2                      1201 PACIFIC AVE., STE. 700
                                                      TACOMA, WA 98402
                                                      (253) 428-3800

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

## ~~[PROPOSED]~~ ORDER

The case is dismissed without prejudice, with each party to bear their own fees and costs.  It is so **ORDERED**.


DATED this 9th day of May, 2025.

_____
JAMES L. ROBART
United States District Judge

STIPULATED MOTION TO DISMISS
[Case No. 2:25-cv-00587-JLR] - 3

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800